IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MELVIN GARCIA,

       Petitioner,

 vs.                                      No. CIV 07-719 BB/LFG

ROBERT ULIBARRI, Warden,
and GARY K. KING, Attorney General
of the State of New Mexico,

       Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
## AND RECOMMENDED DISPOSITION AND
## DISMISSING PETITION WITHOUT PREJUDICE

THIS MATTER is before the Court on the Magistrate Judge's Findings and Recommended Disposition filed August 29, 2007 [Doc. 8]. Petitioner did not file objections to the recommended findings, and the time for doing so has expired.

IT IS THEREFORE ORDERED that the findings and recommended disposition of the United States Magistrate Judge are adopted by the Court.

IT IS FURTHER ORDERED that the Petition is dismissed without prejudice, and the proceeding is hereby dismissed.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE